Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re _Edgar Allen Coat_,                                    Case No. _07-22525_
         Debtor
                                                             Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _74.75_   Check one  ☐ With the filing of the petition, or
                          ☑ On or before _Dec 30, 2007_
   $ _74.75_   on or before _January 30, 2008_
   $ _74.75_   on or before _Feb 30, 2008_
   $ _74.75_   on or before _March 30, 2008_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____       _Edgar Allen Coat_  _11/30/07_
Signature of Attorney      Date        Signature of Debtor        Date
                                       (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                       _____
                                       Signature of Joint Debtor (if any)   Date

[FILED stamp: NOV 30 2007, United States Bankruptcy Court, Deputy Clerk]

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re _Edgar Allen Coats_
            Debtor

Case No. _07-22525_

Chapter _7_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                               ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _NOV 3 0 2007_

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court
_____
*United States Bankruptcy Judge*